Cardillo & Corbett
Attorneys for Plaintiff
TBS OCEAN CARRIERS, LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS OCEAN CARRIERS, LTD.,           :
                                    :
              Plaintiff,            :      ECF
                                    :      **RULE 7.1 STATEMENT**
         -against-                  :
                                    :
EFE SHIPPING & INDUSTRY CO. LTD.,   :
a/k/a EFE DENIZCILIK SANAYI VE      :
TICARET LIMITED SIRKETI, a/k/a      :
EFE CHARTERING, a/k/a EFE,          :
and ODYSES BULK CARRIER LTD.,       :
                                    :
              Defendants.           :
------------------------------------x



08 CV 1288

JUDGE STEIN

FEB 08 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, TBS OCEAN CARRIERS, LTD., certifies that the common shares of its corporate parent, TBS International Limited, are publicly held.

Dated:    New York, New York
          February 8, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              TBS OCEAN CARRIERS, LTD.

                         By:  _____
                              Tulio R. Prieto (TP 8455)