```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS OCEAN CARRIERS, LTD.,           :
                                    :   ECF
                    Plaintiff,      :
                                    :   ORDER APPOINTING
                                    :   PERSON TO SERVE
         -against-                  :   PROCESS
                                    :   08 Civ. 1288 (SHS)
EFE SHIPPING & INDUSTRY CO. LTD.,   :
a/k/a EFE DENIZCILIK SANAYI VE      :
TICARET LIMITED SIRKETI, a/k/a      :
EFE CHARTERING, a/k/a EFE, and      :
ODYSES BULK CARRIER LTD.,           :
                                    :
                    Defendants.     :
------------------------------------x
```

Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Tulio R. Prieto, sworn to February 8, 2008, and good cause having been shown,

IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       February 8, 2008

                                    _____
                                    United State District Judge