LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:     (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TBS OCEAN CARRIERS, LTD.,

                Plaintiff,

- against -

EFE SHIPPING & INDUSTRY CO. LTD.,
a/k/a EFE DENIZCILIK SANAYI VE
TICARET LIMITED SIRKETI, a/k/a
EFE CHARTERING, a/k/a EFE AND
ODYSES BULK CARRIER LTD.,

                Defendants.

-------------------------------------------------------X

ECF CASE

08 Civ. 1288 (SHS)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

EFE Shipping & Industry Co. Ltd., a/k/a EFE Denizcilik Sanayi Ve Ticaret Limited Sirketi, a/k/a EFE Chartering, a/k/a EFE, by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enter a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 26, 2008

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendants

By: _/s/ Rahul Wanchoo_
Rahul Wanchoo (RW-8725)

## CERTIFICATION OF SERVICE

I hereby certify that on February 26, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all the parties by operation of the Court's electronic filing system or mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Rahul Wanchoo