**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:   (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TBS OCEAN CARRIERS, LTD.,

               Plaintiff,

- against -

EFE SHIPPING & INDUSTRY CO. LTD.,
a/k/a EFE DENIZCILIK SANAYI VE
TICARET LIMITED SIRKETI, a/k/a
EFE CHARTERING, a/k/a EFE AND
ODYSES BULK CARRIER LTD.,

               Defendants.

-------------------------------------------------------X

ECF CASE

08 Civ. 1288 (SHS)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Odyses Bulk Carriers Ltd., by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 29, 2008

                                    **LAW OFFICES OF RAHUL WANCHOO**
                                    Attorneys for Defendants

                             By: *Rahul Wanchoo* (signature)
                                 Rahul Wanchoo (RW-8725)