USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TBS OCEAN CARRIERS, LTD.,,

                Plaintiff,

-against-

EFE SHIPPING & INDUSTRY CO. LTD.
a/k/a EFE DENIZCILIK SANAYI VE
TICARET LIMITED SIRKETI, a/k/a
EFE CHARTERING, a/k/a EFE
and ODYSES BULK CARRIER LTD.,

                Defendant.

08 Civ 1288 (SHS)

RULE 41(a)(1)(ii) STIPULATION
OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, TBS Ocean Carriers, Ltd., and Defendants, EFE Shipping & Industry Co. Ltd. a/k/a EFE Denizcilik Sanayi Ve Ticaret Limited Sirketi, a/k/a EFE Chartering, a/k/a EFE and Odyses Bulk Carrier Ltd. stipulate to vacatur of the order of attachment issued in this case against the assets of Defendants and the dismissal, without prejudice, of all claims and counterclaims asserted herein.

Dated: New York, New York
       March 28, 2008

_____
Rahul Wanchoo (RW 8725)
LAW OFFICES OF RAHUL WANCHOO
357 Westfield Avenue
Ridgewood, NJ 07450
(201) 882-0303 (telephone)
(201) 301-3576 (fax)
Attorneys for Defendants

_____
Tulio R. Prieto (TP 8455)
CARDILLO & CORBETT
29 Broadway, Suite 1710
New York, NY 10006
(212) 344-0464 (telephone)
(212) 797-1212 (fax)
Attorneys for Plaintiff

SO ORDERED: 4/1/08

_____
U.S. DISTRICT JUDGE